UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| JASON E. RYAN, <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Civil No. 3:20-CV-05613-MAT <br><br><br> ORDER |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability insurance benefits under Title II of the Social Security Act is REVERSED and REMANDED to the Commissioner of Social Security for a new decision. On remand, the Commissioner will assign this case to a different administrative law judge for a new hearing and a new decision.

Plaintiff may be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412, upon proper request to this Court.

DATED this 19th day of May, 2021.

_____
MARY ALICE THEILER
United States Magistrate Judge

Presented by:

s/ Sarah L. Martin
SARAH L. MARTIN
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3705
Fax: (206) 615-2531
sarah.l.martin@ssa.gov